```
NAHRGANG & ASSOCIATES, P.C.
BY:  MATTHEW R. NAHRGANG, ESQUIRE
ATTY. I.D.:  60051
35 Evansburg Road
Collegeville, PA 19426
(610)489-3041
E-Mail mnahrgang@verizon.net
```
_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: DANIEL HENRY MCODRUM | : | NO.  09-18973 |
| Debtor | : | |
| | : | CHAPTER 7 |

_____

| | | |
|---|---|---|
| Laura McOdrum | : | |
| Plaintiff | : | NO. 10-167 |
| VS. | : | |
| | : | |
| DANIEL HENRY MCODRUM | : | |
| Defendant | : | |

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF PURSUANT TO FRBP 7012(b)(6) AND FOR SANCTIONS FOR BAD FAITH FILING PURSUANT TO FRBP 9011**

Defendant, by and through his counsel, Matthew R. Nahrgang, Esquire, hereby files this Motion and, in support thereof, avers the following:

1.  Plaintiff commenced this case by filing a Complaint on April 23, 2010 and a Summons was issued on April 26, 2010. The Complaint seeks nondischargeability of debts allegedly owed to Plaintiff pursuant to 11 USC 523(a)(15).

2.  Plaintiff has failed to state a claim for relief as 523(a)(15) is not applicable to a discharge under 1325(a) and, in any event, no complaint need be filed.

3. Upon learning of the complaint, Debtor's counsel e-mailed Plaintiff's counsel to seek a voluntary dismissal based on the lack of legal basis for the complaint. No response has ever been given to the e-mail which is attached as Exhibit "A" and incorporated by reference.

4. Defendant has incurred or will incur $1,000.00 in attorney's fees in the filing and prosecuting of this Motion, which was required to be filed due to the bad faith filing of Plaintiff.

WHEREFORE, Defendant respectfully requests that the Complaint be dismissed and Plaintiff and her counsel be ordered to pay Defendant's attorney's fees in the amount of $1,000.00.

Respectfully submitted,

/s/ Matthew R. Nahrgang

_____
Matthew R. Nahrgang,
Attorney for Defendant